UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRENDA JACKMAN,

               Plaintiff,

  -against-

JO ANNE B. BARNHART, Commissioner of
Social Security,

               Defendant.
----------------------------------------------------------------X

JUDGMENT
05-CV-3675 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ APR 1 9 2007 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Nina Gershon, United States District Judge, having been filed on April 17, 2007, denying the Commissioner's motion for judgment on the pleadings, for the reasons stated on the record on April 16, 2007; and granting plaintiff's motion for judgment on the pleadings and remanding solely for a calculation of benefits; it is

ORDERED and ADJUDGED the Commissioner's motion for judgment on the pleadings is denied, for the reasons stated on the record on April 16, 2007; that plaintiff's motion for judgment on the pleadings is granted; and that the case is remanded to the Commissioner solely for calculation of benefits.

Dated: Brooklyn, New York
      April 18, 2007

                                            ROBERT C. HEINEMANN
                                            Clerk of Court